# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1583

AGA MEDICAL CORPORATION,

                              Plaintiff-Appellant,

v.

W.L. GORE & ASSOCIATES, INC.,

                              Defendant-Appellee.

Appeal from the United States District Court for the District of Minnesota in case no. 10-CV-3734, Judge Joan N. Ericksen.

Authorized Abbreviated Caption[2]

AGA MEDICAL CORPORATION V W.L. GORE & ASSOCIATES,
2013-1583

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.